CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for R1<g

JUL 02 2013

JULIA C. DUDLEY, CLERK
BY: HMcDonad
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TIMOTHY WAYNE WRIGHT,  )  | Civil Action No. 7:13-cv-00105 |
|    Petitioner,  ) | |
| ) | |
| v.  ) | **ORDER** |
| ) | |
| WARDEN PONTON,  ) | By:   Hon. Jackson L. Kiser |
|    Respondent.  ) |        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss is **GRANTED**; petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

ENTER: This 2nd day of July, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge